# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1655
_____

MICHAEL HARRIS,

    Appellant,

    v.

FLORIDA DEPARTMENT OF
CORRECTIONS-HAMILTON
FACILITY/DIVISION OF RISK
MANAGEMENT,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
William R. Holley, Judge.

Date of Accident: June 18, 2024.

January 14. 2026

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

ROWE, BILBREY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael G. Harris, pro se, Appellant.

Mary E. Cruickshank of DuBois & Cruickshank, P.A., Tallahassee, for Appellees.